IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAMELA M. SATTELBERG,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                             Case No. 12-cv-898-wmc

UNITED STATES OF AMERICA,

    Defendant.

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant United States of America, granting its motion for summary judgment and dismissing this case.

    s/R.Plender, Deputy Clerk                    11/18/2013
   Peter Oppeneer, Clerk of Court                     Date